**FILED**
March 26, 2014
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                         )<br>        Plaintiff,                             )<br>v.                                                     )<br>                                                         )<br>SALLY EVANS,                              )<br>                                                         )<br>        Defendant.                        ) | CASE NUMBER: 2:14-mj-00071-DAD<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Sally Evans</u>; Case <u>2:14-mj-00071-DAD</u> from custody and for the following reasons:

___  Release on Personal Recognizance

___  Bail Posted in the Sum of _____

_X_  Unsecured Appearance Bond in the amount of $100,000.00 cosigned by defendant's brother, Andrew Evans

___  Appearance Bond with 10% Deposit

___  Appearance Bond secured by Real Property

___  Corporate Surety Bail Bond

_X_  (Other) <u>Pretrial Supervision/Conditions; **defendant to be released on 4/4/2014 at 9:00 AM to the custody of Pretrial Services to attend The Effort residential treatment program.**</u>

Issued at <u>Sacramento, CA</u> on <u>3/26/2014</u> at 3:30 p.m.

By  _/s/ Kendall J. Newman_
Kendall J. Newman
United States Magistrate Judge