JAMES R. GREINER, ESQ.
CALIFORNIA STATE BAR NUMBER 123357
LAW OFFICES OF JAMES R. GREINER
1024 IRON POINT ROAD
FOLSOM, CALIFORNIA 95630
TELEPHONE: (916) 357-6701
FAX: (916) 920-7951
E mail: jaygreiner@midtown.net

ATTORNEY FOR DEFENDANT
SALLY EVANS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR.NO.S-14--0097--MCE |
| | ) | |
| PLAINTIFF, | ) | WAIVER OF DEFENDANT |
| | ) | SALLY EVANS PRESENCE |
| v. | ) | |
| | ) | |
| SALLY EVANS, et al., | ) | |
| DEFENDANTS. | ) | |
| | ) | |
| _____ | ) | |

Pursuant to Federal Rules of Criminal Procedure, Rule 43, defendant, SALLY EVANS, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is set for trial, when a

Waiver of Presence of Sally Evans - 1

continuance is ordered, and when any other action is taken by the Court before or after trial, except upon arraignment, initial appearance, trial confirmation hearing, entry of plea and every stage of trial including impanelment, jury trial, verdict and imposition of any sentence.

Defendant SALLY EVANS hereby requests the Court to proceed during every absence of hers which the Court may permit pursuant to this waiver and agrees that her interests will be deemed represent ted at all times by the presence of her attorney, Mr. James R. Greiner, the same as if the defendant SALLY EVANS were personally present. Defendant SALLY EVANS, further agrees to be present in Court ready for trial any day and hour the Court may fix in her absence.

The defendant, SALLY EVANS, further acknowledges that she has been informed of her rights under Title 18 U.S.C. sections 3161-3174 (The Speedy Trial Act) and authorizes her attorney, Mr. James R. Greiner, to set times and delays under that Act without her personal presence in Court.

Waiver of Presence of Sally Evans - 2

DATED: November 10, 2014

/s/ SALLY EVANS

_____

SALLY EVANS (Original signed and in possession of her attorney)

I concur in Ms. Sally Evans decision to waive her presence at future Court proceedings.

DATED: November 10, 2014

/s/ JAMES R. GREINER

_____

JAMES R. GREINER

Attorney for defendant Sally Evans

**ORDER**

**IT IS SO ORDERED.**

DATED:  November 18, 2014

_____

MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Waiver of Presence of Sally Evans - 3