1  Philip Cozens, State Bar Number 84051
2  1007 Seventh Street, Suite 500
3  Sacramento, CA   95814
4
5  Telephone: (916) 443-1504
6
7  Fax: (916) 443-1511
8  Email: pcozens@aol.com
9
10  Attorney for Defendant Jorge Magana
11
12
13
14                    IN THE UNITED STATES DISTRICT COURT
15
16                     EASTERN DISTRICT OF CALIFORNIA
17
18  UNITED STATES OF AMERICA,        )       Case No. 2:14-CR-097 MCE
19                                   )
20        Plaintiff,                 )       STIPULATION RE SENTENCING
21                                   )       HEARING AND
22            v.                     )       ORDER
23                                   )
24  JORGE MAGANA,                    )
25                                   )
26        Defendant.                 )
27  _____)

28        It is stipulated between the United States Attorney's Office for the Eastern District of

29  California by Assistant United States Attorney Christiaan Highsmith, Esq. and Defendant Jorge

30  Magana through his attorney Philip Cozens, Esq., that:

31        The Sentencing Hearing currently scheduled for July 30, 2015 at 9:00 a.m. in Judge

32  England's Court be re-scheduled for September 10, 2015 at 9:00 a.m. in Judge England's

33  Court.  The stipulated continuance is necessary because Defendant Jorge Magana's attorney is

34  investigating the applicability of the 2015 amendments to the United States Sentencing

35  Guideline and their applicability to the sentencing in this case.

36        Time should be excluded for defense attorney preparation pursuant to Local Code T4

37  and the ends of justice outweigh the Defendant's and the public's interest in a speedy trial.

STIPULATION RE SENTENCING HEARING AND ORDER                                    Page 1

1  Time should be excluded from speedy trial calculations from July 30, 2015 through and

2  including September 10, 2015.

3       It is so stipulated.

4  Dated: July 27, 2015                    /s/ Christiaan Highsmith, Esq._____

5                                          Christiaan Highsmith, Esq.

6                                          Assistant United States Attorney

7                                          Eastern District of California

8

9                                          /s/ Philip Cozens_____

10                                         Philip Cozens

11                                         Attorney for Defendant Jorge Magana

12                                         **ORDER**

13       The court, having read and considered the above-stipulation and finding good cause

14  therefore, orders that the Sentencing Hearing currently scheduled for July 30, 2015  at 9:00

15  a.m. in Judge England's Court is re-scheduled for September 10, 2015 at 9:00 a.m. in Judge

16  England's Court.  Time is excluded for defense attorney preparation pursuant to Local Code

17  T4, and the court finds the ends of justice outweigh the Defendant's and the  public's interest in

18  a speedy trial.  Time will be excluded from speedy trial calculations from July 30, 2015 through

19  and including September 10, 2015.

20       IT IS SO ORDERED.

21  Dated:  July 27, 2015

22

23       _____
         MORRISON C. ENGLAND, JR., CHIEF JUDGE

24       UNITED STATES DISTRICT COURT

25

26

27

28

STIPULATION RE SENTENCING HEARING AND ORDER                          Page 2

1

2