# LAW OFFICES OF
# JAMES R. GREINER

_____

1024 IRON POINT ROAD                                JAMES R. GREINER
FOLSOM, CALIFORNIA 95630
TELEPHONE: (916) 649-2006
Fax: (916) 357-6501
**E mail: jaygreiner@midtown.net**


### AMENDED EMORANDUM

Case:        United States v. Sally Evans, CR-S-14-0097–MCE

Date:        July 23, 2015

Purpose:     Modify Schedule of Disclosure of Pre-sentence Report and for the
             Filing of Objections to the Pre-sentence Report

_____

The defendant, Sally Evans, and the Probation Department request the following modifications:

Judgement and Sentence Date:                November 19, 2015

Reply or statement of non-opposition:       November 12, 2015

Motion for correction of pre-sentence
Report shall be filed with the Court and
served on the Probation Department and
opposing counsel no later than              November 5, 2015


The pre-sentence report shall be filed
with the Court and disclosed to counsel
no later than                               October 22, 2015

Counsel's written objections to the
pre-sentence report shall be delivered to
the Probation Officer and opposing
counsel no later than                                    October 15, 2015

The proposed pre-sentence report
shall be disclosed to counsel no
later than                                             September 24, 2015


Dated: July 27, 2015                /s/ James R. Greiner

                                      _____

                                      James R. Greiner
                                      Attorney for Defendant
                                      Sally Evans


### Order

       IT IS SO ORDERED.


Dated:  July 27, 2015

                                 _____
                             MORRISON C. ENGLAND, JR., CHIEF JUDGE
                             UNITED STATES DISTRICT COURT