**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
1024 IRON POINT ROAD
FOLSOM, CALIFORNIA 95630
TELEPHONE: (916) 224-3597
FAX: (916) 357-6501
E mail: jaygreiner10@gmail.com

ATTORNEY FOR
SALLY EVANS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No.: 2:14-CR-00097-4 |
| ) | |
| ) | ORDER |
| ) | GRANTING EARLY |
| PLAINTIFF. ) | TERMINATION OF |
| ) | SUPERVISED RELEASE |
| v. ) | |
| ) | |
| SALLY EVANS, ) | |
| ) | DATE: TBD |
| ) | TIME: TBD |
| ) | DEPT.: TBD |
| ) | JUDGE: HONORABLE |
| ) | SENIOR DISTRICT |
| ) | COURT JUDGE |
| DEFENDANT. ) | MORRISON C. ENGLAND, JR. |
| _____) | |

1

Order

**ORDER**

Defendant Sally Evans' unopposed Motion for Early Termination of Supervised Release (ECF No. 172) is GRANTED.

IT IS SO ORDERED.

Dated:  November 29, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE